# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1751

_____

In re: Edward Ronwin,      *
     *   Appeal from the United States
       Appellant,      *   District Court for the
     *   Southern District of Iowa
     *      [UNPUBLISHED]

_____

Submitted: July 31, 1998
Filed: August 11, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Edward Ronwin appeals from the district court's[1] order (1) denying him an evidentiary hearing to review independently the Iowa Supreme Court's prior decision to revoke his license to practice law in the State of Iowa, and (2) revoking his license to practice law in the United States District Court for the Southern District of Iowa. On November 12, 1997, this court sitting en banc adhered to our prior August 13, 1997 order revoking Ronwin's membership in the bar of the United States Court of Appeals for the Eighth Circuit. In our en banc order, we deferred to the decision of the Iowa Supreme Court revoking Ronwin's law license, and declined to hold a separate evidentiary hearing. After reviewing Ronwin's brief, in which he again challenges the

_____

[1]The Honorable Charles R. Wolle, Chief Judge, United States District Court for the Southern District of Iowa.

Iowa Supreme Court's decision, we affirm the judgment of the district court without an extended discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK,  U.S.  COURT  OF  APPEALS,  EIGHTH  CIRCUIT.